Name: Luz Elvia Bhullar
Registration No. 16252-097
Federal Prison Camp
5675 8th Street – Camp Parks
Dublin, California 94568

**E-filing**

**FILED**

JUL 3 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

C 07 3937 SBA (PR)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. _____ |
| Plaintiff, | ) | (Number to be assigned by Clerk) |
| | ) | |
| vs. | ) | APPLICATION TO PROCEED |
| | ) | *IN FORMA PAUPERIS* WITHOUT |
| LUZ ELVIA BHULLAR | ) | PREPAYMENT OF FEES AND |
| | ) | DECLARATION |
| Defendant-Petitioner. | ) | |

I, Luz Elvia Bhullar, declare that I am the Defendant-Petitioner in the above-entitled proceeding; that in support of my request to proceed in forma pauperis without Prepayment of fees or costs under 28 U.S.C. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   Yes
    (If "YES" state the place of your incarceration)   Federal Prison Camp, Dublin, CA

    Are you employed at the institution?   Yes
    Do you receive any payment at the institution?   Yes    $13.00 a month

    Attached is a printout of my trust account showing the past 6 months' transactions.

2. Are you currently employed?   No
    If the answer is "NO", state the date of your last employment.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession of other self-employment    ___YES   x  NO
   b. Rent payments. Interest or dividends              ___YES   X  NO
   c. Pensions, annuities of life insurance payments   ___YES   x  NO
   d. Disability or workers compensation payments      ___YES   x  NO
   e. Gifts or inheritance                             X  YES   ___NO
   f. Any other sources                                ___YES   X  NO

   If the answer to any of the above is "YES" describe each source of money and state the Amount received and what you expect you will continue to receive.
   Family gifts for my food and hygeines and telephone    $100. A month

4. Do you have any cash or checking or savings accounts?   ___YES   x  NO

   If "YES" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ___YES    X  NO

   If "YES" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   three daughters

   1) Davi Bhullar    16 yrs old
   2) Angie Bhullar   15 yrs old
   3) Selena Bhullar   8 yrs old          Total a month $1.50

On this   27   day of  July  , 2007 , I declare under penalty of perjury that the above information is true and correct.

_____
(signature)
Name: Luz Elvia Bhullar
Registration No. 16252-097

-2-