E-filing

FILED
AUG 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LUZ ELVIA BHULLAR

　　　　　　Plaintiff,

vs.

(WARDEN)

　　　　　　Defendant.

MR. COPENHAGER

CASE NO. C 07 3937 SBA

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __LUZ E. BHULLAR__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  __Coast Mortgage, Folsom, California  "2005"     $500. Amt.__
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.     Business, Profession or                  Yes ___ No _X_
10             self employment
11      b.     Income from stocks, bonds,               Yes ___ No _X_
12             or royalties?
13      c.     Rent payments?                           Yes ___ No _X_
14      d.     Pensions, annuities, or                  Yes ___ No _x_
15             life insurance payments?
16      e.     Federal or State welfare payments,       Yes ___ No _X_
17             Social Security or other govern-
18             ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.     Are you married?                              Yes ___ No _X_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.     a.     List amount you contribute to your spouse's support:$ _____

1      b.    List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5      DB. 16, AB. 15, SB. 8,   $1.50 amount
6  
7  5.    Do you own or are you buying a home?    Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.    Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 
16 Present balance(s): $_____
17 Do you own any cash? Yes ___ No _X_ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes _X_  No ___
    $15.02    @ FPC- Dublin
20 
21 8.    What are your monthly expenses?
22 Rent: $_____ Utilities: _____
23 Food: $ 100.00 Clothing: 50.00
24 Charge Accounts:
25 Name of Account    Monthly Payment    Total Owed on This Acct.
26 FRP Plan Type    $ 25.00    $ $300.00
27 _____    $_____    $_____
28 _____    $_____    $_____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_8/8/07_            _[signature]_

DATE                      SIGNATURE OF APPLICANT