LUZ BHULAR- 16252-097
FEDERAL PRISON CAMP
5675 8th STREET, CAMP PARKS
DUBLIN, CA. 94568

ATTN: MS. SANDRA ARMSTRONG
LEGAL DOCUMENTS

HONORABLE JUDGE, MS. SANDRA ARMSTRONG
OAKLAND COURTHOUSE & FEDERAL BUILDING
1301 CLAY STREET
OAKLAND, CALIFORNIA. 94612

RECEIVED
SEP 1 0 2007

