Luz Bhullar 16352-097
Federal Prison Camp
5675 8th St Camp Parks
Dublin, Ca. 94568.

ATTN: Clerk

OAKLAND CA 946
04 OCT 2007 PM 5 L

TO. Honorable: Armstrong.
United District Court
450 Golden Gate Ave
San Francisco, Ca. 94102

94102+3001