SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney

DENNIS M. WONG (CSBN 173951)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (925)803-4760
   FAX: (415) 436-6748
   Email: dwong@bop.gov

Attorneys for Federal Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LUZ ELVIA BHULLAR, | ) | No. C-07-3937-SBA |
| | ) | E-FILING CASE |
| Petitioner, | ) | |
| | ) | DECLARATION OF KIM BEAKEY |
| v. | ) | |
| | ) | |
| SCHELIA A. CLARK, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

I, Kim Beakey, do declare and state the following:

1. Prior to March of 2006, I was the Regional Designator for the Western Region, employed by the Federal Bureau of Prisons ("BOP"), United States Department of Justice. My duties as the Regional Designator included evaluating individuals who were federally sentenced in the Western Region for initial designation to an appropriate BOP facility. I also evaluated inmates in the Western Region for redesignation (transfer) to other BOP facilities. The Western Region includes the states of California, Alaska, Arizona, Nevada, Utah, Oregon, Idaho, Montana, Washington, Hawaii and Wyoming. I held that position since June of 2004.

2. After March of 2006, some of my duties and responsibilities changed, and I am now a Correctional Programs Specialist. Specifically, most of my designation responsibilities transferred to the Designation and Sentence Computation Center ("DSCC"), located in Grand Prairie, Texas. The DSCC is a new BOP operation established to centralize certain functions that used to be done at regional offices and institutions. As a Correctional Programs Specialist, my duties include overseeing the inmate population in the Western Region.  I also provide guidance on placements to Residential Reentry Centers ("RRC"). RRCs were formerly referred to as community corrections centers, which are more commonly known as halfway houses.  Moving an inmate to a RRC is no different than transferring an inmate from one BOP location to another. The BOP exercises its judgement to place inmates accordingly during the service of their sentence, and such placements may include transfers to a RRC.  Such transfers to a RRC are controlled by various BOP policies and federal regulations, such as Program Statement 7310.04, *Community Corrections Center (CCC) Utilization and Transfer Procedure* (available at www.bop.gov), and 28 C.F.R. § 570.21.  BOP decisions about an inmate's RRC placement have no affect on the length of their sentence.

3. I am familiar with records compiled by the BOP and have access to them, and provide copies to requesting Department of Justice employees in the ordinary course of business. In this case, I have obtained a copy of inmate Luz Elvia Bhullar's (Register No. 16252-097) Judgment from her criminal case, Case No. 06-CR-00056-01, Eastern District of California, a

true and correct copy of which is attached as Exhibit 1.

4. I have also obtained a copy of inmate Bhullar's Public Information Inmate Data printout, which is generated from the BOP inmate database called SENTRY, a true and correct copy of which is attached as Exhibit 2. Exhibit 2 lists various information about a specific inmate that is considered by the BOP to be releasable to the general public. For example, from Exhibit 2, I can ascertain that inmate Bhullar was eventually designated and sent to the Federal Prison Camp ("FPC") at Dublin, California, on November 9, 2006, that her pre-release preparation date, which equates to the point where she is serving the last 10% of her sentence, is January 16, 2008, and that her projected release date is April 3, 2008.

5. I have obtained a copy of inmate Bhullar's Program Review Report which is a document completed by an inmate's unit team, to reflect programming recommendations for that inmate while they are incarcerated, a true and correct copy of which is attached as Exhibit 3. Exhibit 3 reflects that on August 22, 2007, inmate Bhullar's unit team recommended that inmate Bhullar complete a Release Preparation Participation class dealing with personal growth and development by November of 2007, and to complete vocational training by April of 2008. According to Exhibit 3, the unit team also recommended that inmate Bhullar be placed in a RRC on January 16, 2008.

I declare under the penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing is true and correct to the best of my information, knowledge and belief. Executed this _11_ day of October, 2007, at Dublin, California.


Kim Beakey
Correctional Programs Specialist

# Exhibit 1

Judgment in U.S. v. Bhullar, Case No. 06-CR-00056–1, E.D. California



AO 245B-CAED (Rev. 3/04) Sheet 1 - Judgment in a Criminal Case

RECEIVED
UNITED STATES MARSHAL

# United States District Court
## Eastern District of California

OCT 1 8 2006

06 OCT 18 AM 10: 12

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

EASTERN DISTRICT
OF CALIFORNIA

BY _____ DEPUTY CLERK

### UNITED STATES OF AMERICA
v.
### LUZ ELVIA BHULLAR

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **2:06CR00056 01**

C. EMMETT MAHLE, ESQ.
Defendant's Attorney

## THE DEFENDANT:

[✔]    pleaded guilty to counts: <u>1, 3, & 5 of the Indictment</u>.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 18 USC 1427 | SALE OF CITIZENSHIP PAPERS | 05/20/2005 | 1 |
| 18 USC 1028A(a)(1) | AGGRAVATED IDENTITY THEFT | 05/20/2005 | 3 |
| 42 USC 408(a)(7)(C) | SALE OF SOCIAL SECURITY CARD | 05/20/2005 | 5 |

The defendant is sentenced as provided in pages 2 through <u>6</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]    Counts <u>2, 4, 6, AND 7 of the Indictment</u> are dismissed on motion of the United States.

[✔]    Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

09/28/2006
Date of Imposition of Judgment

Signature of Judicial Officer

**HON. DAVID F. LEVI**, United States District Judge
Name & Title of Judicial Officer

10/16/2006
Date

I herby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U. S. District Court
Eastern District of California
By _____
Deputy Clerk
Dated 10/18/06

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment

CASE NUMBER:     2:06CR00056 01
DEFENDANT:       LUZ ELVIA BHULLAR

Judgment - Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _.

6 MONTHS ON EACH OF COUNTS 1 AND 5, TO BE SERVED CONCURRENTLY, AND A TERM OF 24 MONTHS ON COUNT 3, TO BE SERVED CONSECUTIVELY TO THE TERMS IMPOSED ON COUNTS 1 AND 5, TO PRODUCE A TOTAL TERM OF 30 MONTHS.

[✔]   The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated at Dublin, California facility, but only insofar as this accords with security classification and space availability. The Court recommends the defendant participate in the 500-Hour Bureau of Prisons Substance Abuse Treatment Program.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B-CAED (Rev. 3/04)  Sheet 3 - Supervised Release

| | | |
|---|---|---|
| CASE NUMBER: | 2:06CR00056 01 | Judgment - Page 3 of 6 |
| DEFENDANT: | LUZ ELVIA BHULLAR | |

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _.
36 MONTHS ON EACH OF COUNTS 1 AND 5, AND A TERM OF 12 MONTHS ON COUNT 2, ALL TO BE SERVED
CONCURRENTLY FOR A TOTAL TERM OF 36 MONTHS.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[]    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✓]    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[✓]    The defendant shall submit to the collection of DNA as directed by the probation officer. (Check, if applicable.)

[]    The defendant shall register and comply with the requirements in the federal and state sex offender registration agency in the jurisdiction of conviction, Eastern District of California, and in the state and in any jurisdiction where the defendant resides, is employed, or is a student. (Check, if applicable.)

[]    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without permission of the court or probation officer;
2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)  the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4)  the defendant shall support his or her dependants and meet other family responsibilities;
5)  the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6)  the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)  the defendant shall refrain from excessive use of alcohol;
8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)  the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B-CAED (Rev. 3/04)  Sheet 3 - Supervised Release

| | |
|---|---|
| CASE NUMBER: | 2:06CR00056 01 |
| DEFENDANT: | LUZ ELVIA BHULLAR |

Judgment - Page 4 of 6

# SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall submit to the search of her person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2.  The defendant shall provide the probation officer with access to any requested financial information.

3.  The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

4.  As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

5.  As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if she has reverted to the use of drugs or alcohol.

6.  As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient.)

7.  As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

8.  The defendant shall submit to the collection of DNA as directed by the probation officer.

AO 245B-CAED (Rev. 3/04) Sheet 5 - Criminal Monetary Penalties

| CASE NUMBER: | 2:06CR00056 01 | |
|---|---|---|
| DEFENDANT: | LUZ ELVIA BHULLAR | Judgment - Page 5 of 6 |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 300 | $ | $ |

[ ] The determination of restitution is deferred until ___ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ] The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TOTALS: | $ ___ | $ ___ | |

[ ] Restitution amount ordered pursuant to plea agreement $ ___

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ] The interest requirement is waived for the      [ ] fine      [ ] restitution

    [ ] The interest requirement for the      [ ] fine   [ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B-CAED (Rev. 3/04) Sheet 6 - Schedule of Payments

CASE NUMBER:       2:06CR00056 01
DEFENDANT:         LUZ ELVIA BHULLAR                                    Judgment - Page 6 of 6

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A    [ ] Lump sum payment of $ __ due immediately, balance due

     [ ]       not later than __ , or
     [ ]       in accordance with     [ ] C,    [ ] D,    [ ] E, or        [ ] F below; or

B    [✓]       Payment to begin immediately (may be combined with    [ ] C,    [ ] D, or [ ] F below); or

C    [ ] Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years),
         to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

D    [ ] Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years),
         to commence __ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E    [ ] Payment during the term of supervised release will commence within __ (e.g., 30 or 60 days) after release from
         imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time;
         or

F    [ ] Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]    Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:


[ ]    The defendant shall pay the cost of prosecution.

[ ]    The defendant shall pay the following court cost(s):

[ ]    The defendant shall forfeit the defendant's interest in the following property to the United States:

# Exhibit 2

Public Information Inmate Data printout for inmate Luz Bhullar , Reg. No. 16252-097

```
WXR17          *          PUBLIC INFORMATION          *     10-11-2007
PAGE 001       *              INMATE DATA             *     10:14:12
                           AS OF 10-11-2007

REGNO..: 16252-097 NAME: BHULLAR, LUZ ELVIA

                    RESP OF: DUB / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 925-833-7500   FAX: 925-833-7599
                                            RACE/SEX...: WHITE / FEMALE
FBI NUMBER.: 6399JB5                        DOB/AGE....: 02-08-1964 / 43
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 04-03-2008                     PAR HEAR DT:
---------------------------- ADMIT/RELEASE HISTORY ----------------------------
FCL    ASSIGNMENT DESCRIPTION               START DATE/TIME STOP  DATE/TIME
DUB    A-DES      DESIGNATED, AT ASSIGNED FACIL 11-09-2006 1245 CURRENT
9-L    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-09-2006 1545 11-09-2006 1545
9-L    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-25-2006 1123 11-09-2006 1545
DSC    ADMIN REL  ADMINISTRATIVE RELEASE        10-25-2006 1023 10-25-2006 1023
DSC    A-ADMIN    ADMINISTRATIVE ADMISSION      10-25-2006 0829 10-25-2006 1023




G0002      MORE PAGES TO FOLLOW . . .
```

```
    WXR17          *        PUBLIC INFORMATION        *      10-11-2007
    PAGE 002        *           INMATE DATA           *      10:14:12
                              AS OF 10-11-2007

    REGNO..: 16252-097 NAME: BHULLAR, LUZ ELVIA

                     RESP OF: DUB / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 925-833-7500    FAX: 925-833-7599
    PRE-RELEASE PREPARATION DATE: 01-16-2008

    THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
    THE INMATE IS PROJECTED FOR RELEASE:  04-03-2008 VIA GCT REL

    ---------------------CURRENT JUDGMENT/WARRANT NO: 010 ---------------------
    COURT OF JURISDICTION...........: CALIFORNIA, EASTERN DISTRICT
    DOCKET NUMBER...................: 2:06CR00056 01
    JUDGE...........................: LEVI
    DATE SENTENCED/PROBATION IMPOSED: 09-28-2006
    DATE COMMITTED..................: 09-28-2006
    HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
    PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
    NON-COMMITTED.: $300.00        $00.00         $00.00       $00.00

    RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

    -----------------------CURRENT OBLIGATION NO: 010 -------------------------
    OFFENSE CODE....:  153
    OFF/CHG: 18:1427 SALE OF CITIZENSHIP PAPERS(CT 1)
             18:1028A(A)(1) AGGRAVATED IDENTITY THEFT(CT 3)
             42:408(A)(7)(C) SALE OF SOCIAL SECURITY CARD(CT 5)
             CT 1 6 MONTHS CC TO CT 5; CT 3 IS 24 MONTHS CS TO 1 & 5.

     SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
     SENTENCE IMPOSED/TIME TO SERVE.:    30 MONTHS
     TERM OF SUPERVISION............:    36 MONTHS
     DATE OF OFFENSE................: 05-20-2005




    G0002       MORE PAGES TO FOLLOW . . .
```

```
   WXR17        *           PUBLIC INFORMATION           *       10-11-2007
PAGE 003 OF 003 *              INMATE DATA               *       10:14:12
                          AS OF 10-11-2007

REGNO..: 16252-097 NAME: BHULLAR, LUZ ELVIA

              RESP OF: DUB / DESIGNATED, AT ASSIGNED FACIL
              PHONE..: 925-833-7500    FAX: 925-833-7599
------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-06-2006 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-06-2007 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 09-28-2006
TOTAL TERM IN EFFECT............:   30 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    2 YEARS       6 MONTHS
EARLIEST DATE OF OFFENSE........: 05-20-2005

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    01-30-2006    09-27-2006

TOTAL PRIOR CREDIT TIME.........: 241
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 117
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 04-03-2008
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 07-29-2008


PROJECTED SATISFACTION DATE.....: 04-03-2008
PROJECTED SATISFACTION METHOD...: GCT REL
```

```
S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

# Exhibit 3

Program Review Report for inmate Luz Bhullar , Reg. No. 16252-097
Dated 8/22/07

```
DUB00          *          PROGRAM REVIEW REPORT          *          08-22-2007
PAGE 001                                                            15:14:19
```

INSTITUTION: DUB  DUBLIN FCI

NAME.......: BHULLAR, LUZ ELVIA                    REG. NO: 16252-097
RESIDENCE..: GRANITE BAY, CA 95647

TYPE OF REVIEW......: ~~INITIAL CLASSIFICATION~~/(PROGRAM REVIEW)
NEXT REVIEW DATE....: _11·22-07_

PROJ. RELEASE DATE..: 04-03-2008          RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE                HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: _7·2008_     DETAINERS (Y/N): N

CIM STATUS (Y/N)....: N          IF YES, RECONCILED (Y/N): _N/A_

PENDING CHARGES.....: _NONE KNOWN_

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B)  (Y/N)....: _NO_
    IF YES - CIRCLE ONE - ~~DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE~~

| CATEGORY | CURRENT ASSIGNMENT | | EFF DATE | TIME |
|---|---|---|---|---|
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 11-05-2009 | 1433 |
| CMA | RPP PART | RELEASE PREP PGM PARTICIPATES | 12-07-2006 | 1432 |
| CMA | RPP UNT C | RELEASE PREP UNIT PGM COMPLETE | 08-10-2007 | 1255 |
| CMA | V94 COA913 | V94 CURR OTHER ON/AFTER 91394 | 12-07-2006 | 1433 |
| CUS | OUT | OUT CUSTODY | 11-01-2006 | 1039 |
| DRG | DAP DECL | RESIDENT DRUG TRMT DECLINED | 06-28-2007 | 1747 |
| DRG | DRG E COMP | DRUG EDUCATION COMPLETED | 05-10-2007 | 1057 |
| DRG | DRG I RQ J | DRG INTRV REQD: JUD RECOMMEND | 12-07-2006 | 1433 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 11-30-2006 | 1500 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-09-2007 | 1500 |
| FRP | PART | FINANC RESP-PARTICIPATES | 12-07-2006 | 1433 |
| LEV | MINIMUM | SECURITY CLASSIFICAT'N MINIMUM | 10-25-2006 | 0842 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 11-09-2006 | 1418 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 11-09-2006 | 1418 |
| QTR | S02-171L | HOUSE S/RANGE 02/BED 171L | 07-12-2007 | 1800 |
| RLG | CATHOLIC | CATHOLIC | 05-23-2007 | 1810 |
| WRK | C-FS PM | FOOD SERVICE PM CAMP | 06-26-2007 | 0001 |

WORK PERFORMANCE RATING: _Good_

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: _non_

FRP PLAN/PROGRESS:  TRUST FUND DEPOSITS PAST 6 MO: $ _835_

FRP PAYMENTS PAST 6 MO: $ _75_     OBLG BALANCE: $ _225_

CURRENT FRP PLAN: $ _25/MO_  PAYMENTS COMMENSURATE: YES _✓_ / NO ___

DUB00              *        PROGRAM REVIEW REPORT        *        08-22-2007
PAGE 002                                                          15:14:19

IF NO, NEW PAYMENT PLAN: _____ N/A _____

_____

RELEASE PREPARATION PARTICIPATION: ___ 1,2,3,4's   COMPLETE.
___ COMPLETE  #6  BY  11-22-07 _____

_____

CCC RECOMMENDATION: __ 1-16-2008 _____

PROGRESS MADE SINCE LAST REVIEW: ___ Complete 40 hr Prg , Complete
___ RPP5, RPP1 . _____

GOALS FOR NEXT PROGRAM REVIEW MEETING: _____
___ Complete RPP6 (Personal Growth) 8/22hr TO 11/07hr

_____

_____

LONG TERM GOALS: ___ Complete P11 RPP Cls. 8/22hr TO 4/08
___ Complete Voc Tg 8/07 TO 4/08

___ WANTS  EARLIER  RCC  PLACEMENT  SINCE  SHE
BELIEVES  IT  WILL  HELP  HER GET  FURTHER
AHEAD  IN  THE  COMMUNITY.    TEAM  BELIEVES
1-16-2008  (2½ MOS)  IS  APPROPRIATE.  LONGER
RRC  DENIED.

```
DUB00        *         PROGRAM REVIEW REPORT          *      08-22-2007
PAGE 003 OF 003                                               15:14:19
```

OTHER INMATE REQUESTS/TEAM ACTIONS: _____ 407/408 REVIEWED _____

_____

_____

_____

_____

_____

_____

SIGNATURES:

CHAIRPERSON: _____     INMATE: X _____

DATE: ___8-22-07___     DATE: ___8-22-07___