UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LUZ E. BHULLAR,

        Plaintiff,

  v.

SCHELIA A. CLARK et al,

        Defendant.

Case Number: CV07-03937 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luz Elvia Bhullar #16252-097
FCI Dublin
Federal Correctional Institution
5701 8th Street - Camp Parks
Dublin, CA 94568

Dated: October 26, 2007

*Lashanda Scott*
Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk