JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney

DENNIS M. WONG (CSBN 173951)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (925)803-4760
FAX: (415) 436-6748
Email: dwong@bop.gov

Attorneys for Federal Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LUZ ELVIA BHULLAR,<br><br>       Petitioner,<br><br>  v.<br><br>SCHELIA A. CLARK, Warden,<br><br>       Respondent. | No. C 07-3937-SBA<br>E-FILING CASE<br><br>[PROPOSED] ORDER TO DISMISS AS MOOT |

After review of the files and materials in this case, particularly the fact that Petitioner was released from Bureau of Prisons custody on April 3, 2008, this Court hereby grants Respondent's motion to dismiss this case as Petitioner's petition for writ of habeas corpus is now moot.

IT IS SO ORDERED.

Dated: _____, 2008        By: _____
                                         SANDRA BROWN ARMSTRONG
                                         United States District Judge

[Proposed] Order To Dismiss
*Bhullar v. Clark*, C-07-3937-SBA                1