UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LUZ ELVIA BHULLAR, | No. C 07-03937 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 12] |
| SHEILA A. CLARK, Warden, Federal Correctional Institution - Dublin, | |
| Defendant. | |

The hearing set for June 10, 2008 on defendant's Motion to Dismiss Based On Mootness (the "Motion") [Docket No. 12] is VACATED. The Court sets the following briefing schedule for the Motion: Plaintiff shall have until 21 days from the date of this Order to file an opposition or other response to defendant's Motion, if any. Defendant shall have 14 days from the date plaintiff files her opposition or other response, to file a reply, if any. Unless the Court notifies the parties otherwise, no hearing will be set for the Motion, as the Court will consider the matter submitted on the pleadings, when the reply is filed.

IT IS SO ORDERED.

May 8, 2008

_____
Saundra Brown Armstrong
United States District Judge

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 6 | LUZ E. BHULLAR, | Case Number: CV07-03937 SBA |
| 7 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 8 | v. | |
| 9 | SCHELIA A. CLARK et al, | |
| 10 | Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luz Elvia Bhullar #16252-097
FCI Dublin
Federal Correctional Institution
5701 8th Street - Camp Parks
Dublin, CA 94568

Dated: May 9, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk