

**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Western Regional Office*

RECEIVED
08 MAY 12 PM 1:21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7338 Shoreline Drive
Stockton, California 95219

May 9, 2008

Luz Elvia Bhullar
3881 Eureka Road #1403
Roseville, CA 95651

Re: Luz Elvia Bhullar v. Clark, 4:07-CV-03937-SBA
    Court's Order Re: Motion to Dismiss and Change of Address

Dear Ms. Bhullar:

Enclosed please find a Court Order regarding my motion to dismiss, that I previously mailed to you. Please note that the court still has your old address when you were at FCI Dublin, and that you should update the Court of your new address.

If you have any questions, please feel free to call me at (209) 956-9732.

Sincerely,

Dennis M. Wong
Deputy Regional Counsel

cc: Richard W. Wieking, Clerk of the Court