Luz Elvia Bhullar #16252-097
FCI Dublin
Federal Correctional Institution
5701 8th Street - Camp Parks
Dublin, CA 94568

CV07-03937 SBA

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

NIXIE       945  5C  1       30  05/23/08
            RETURN TO SENDER
            NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 94612521299      *2605-00580-23-16

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
MAY 0 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

LUZ ELVIA BHULLAR,

    Plaintiff,

v.

SHEILA A. CLARK, Warden, Federal Correctional Institution - Dublin,

    Defendant.

No. C 07-03937 SBA

ORDER

[Docket No. 12]

The hearing set for June 10, 2008 on defendant's Motion to Dismiss Based On Mootness (the "Motion") [Docket No. 12] is VACATED. The Court sets the following briefing schedule for the Motion: Plaintiff shall have until 21 days from the date of this Order to file an opposition or other response to defendant's Motion, if any. Defendant shall have 14 days from the date plaintiff files her opposition or other response, to file a reply, if any. Unless the Court notifies the parties otherwise, no hearing will be set for the Motion, as the Court will consider the matter submitted on the pleadings, when the reply is filed.

IT IS SO ORDERED.

May 8, 2008

                                                  Saundra B Armstrong
                                                  Saundra Brown Armstrong
                                                  United States District Judge

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

LUZ E. BHULLAR,

    Plaintiff,

v.

SCHELIA A. CLARK et al,

    Defendant.

Case Number: CV07-03937 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luz Elvia Bhullar #16252-097
FCI Dublin
Federal Correctional Institution
5701 8th Street - Camp Parks
Dublin, CA 94568

Dated: May 9, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2