IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ ELVIA BHULLAR, | No. C 07-3937 SBA (PR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SCHELIA A. CLARK, Warden, | |
| Respondent. | |

For the reasons set forth in this Court's Order Granting Respondent's Motion to Dismiss,

IT IS ORDERED AND ADJUDGED that Petitioner take nothing, that the action be dismissed on the merits, and that each party bear its own costs of action.

IT IS SO ORDERED.

DATED:  6/2/08

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.07\Bhullar3937.jud.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LUZ E. BHULLAR,

        Plaintiff,

v.

SCHELIA A. CLARK et al,

        Defendant.

Case Number: CV07-03937 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luz Elvia Bhullar #16252-097
FCI Dublin
Federal Correctional Institution
5701 8th Street - Camp Parks
Dublin, CA 94568

Dated: June 4, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.07\Bhullar3937.jud.wpd    2