Luz Elvia Bhullar #16252-097
FCI Dublin
Federal Correctional Institution
5701 8th Street - Camp Parks
Dublin, CA 94568

CV07-03937 SBA

FILED
JUN 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300



FILED

JUN 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ ELVIA BHULLAR, | No. C 07-3937 SBA (PR) |
|     Petitioner, | **JUDGMENT** |
| v. | |
| SCHELIA A. CLARK, Warden, | |
|     Respondent. | |

For the reasons set forth in this Court's Order Granting Respondent's Motion to Dismiss,

IT IS ORDERED AND ADJUDGED that Petitioner take nothing, that the action be dismissed on the merits, and that each party bear its own costs of action.

IT IS SO ORDERED.

DATED: 6/2/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.07\Bhullar3937.jud.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LUZ E. BHULLAR,

        Plaintiff,

v.

SCHELIA A. CLARK et al,

        Defendant.

Case Number: CV07-03937 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luz Elvia Bhullar #16252-097
FCI Dublin
Federal Correctional Institution
5701 8th Street - Camp Parks
Dublin, CA 94568

Dated: June 4, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.07\Bhullar3937.jud.wpd     2

FILED

JUN 04 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ ELVIA BHULLAR,<br><br>    Petitioner,<br><br>  v.<br><br>SCHELIA A. CLARK, Warden,<br><br>    Respondent. | No. C 07-3937 SBA (PR)<br><br>**ORDER GRANTING**<br>**RESPONDENT'S MOTION**<br>**TO DISMISS** |

Respondent moves to dismiss as moot Petitioner's petition for a writ of habeas corpus. The petition challenges a Bureau of Prisons (BOP) regulation, 28 C.F.R. § 570.21, that limits an inmate's placement in a residential reentry center (RRC)[1] to the last ten percent or six months of his or her sentence, whichever is shorter. Petitioner claims that this policy is contrary to 18 U.S.C. § 3621(b), which governs the placement of inmates in BOP custody. The petition seeks an order directing the BOP to consider Petitioner's appropriateness for transfer to an RRC based on the factors set forth in § 3621(b).

On April 3, 2008, while this action was pending, the BOP determined that Petitioner had completed her sentence and released her from custody. Respondent subsequently filed a motion to dismiss the petition as moot.[2]

---

[1] RRCs are also known as community corrections centers or, colloquially, halfway houses.

[2] Petitioner has not filed an opposition to Respondent's motion, despite being given an extension of time to do so. In addition, mail sent to Petitioner by the Court was returned as undeliverable, and Petitioner has not informed the Court of a change of address.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LUZ E. BHULLAR,

        Plaintiff,

v.

SCHELIA A. CLARK et al,

        Defendant.

Case Number: CV07-03937 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luz Elvia Bhullar #16252-097
FCI Dublin
Federal Correctional Institution
5701 8th Street - Camp Parks
Dublin, CA 94568

Dated: June 4, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.07\Bhullar3937.MTD(moot).wpd       3